UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY WILLIAMS,<br><br>                          Plaintiff,<br><br>v.<br><br>UPGRADE, INC.,<br><br>                         Defendant. | Case No.: 23-CV-2084 JLS (MMP)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(ECF No. 7) |

      Presently before the Court is the Parties' Joint Motion for Dismissal of Action with Prejudice ("Joint Mot.," ECF No. 7). The Parties indicate that they have reached a settlement agreement. Joint Mot. at 2. Pursuant to this agreement, the Parties request that the Court dismiss this action with prejudice, with each Party to bear its own fees and costs. *Id.* The Parties also request that this Court retain jurisdiction to resolve future disputes between the Parties related to the settlement agreement. *Id.* Finally, the Parties ask the Court to vacate the remaining deadlines in the case.

      Good cause appearing, the Court **GRANTS** the Parties' Joint Motion and **DISMISSES** this action **WITH PREJUDICE**, with each Party to bear its own fees and costs. Per the Parties' request, the Court will **RETAIN JURISDICTION** solely to resolve disputes between the Parties related to the settlement agreement. All remaining hearings,

/ / /

1  conferences, and deadlines in this case are **VACATED**.  As this concludes the litigation in
2  this matter, the Clerk of the Court **SHALL CLOSE** the file.
3     **IT IS SO ORDERED.**
4  Dated: January 24, 2024

Hon. Janis L. Sammartino
United States District Judge